DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LELLY C. ALFONSO,**
Appellant,

v.

**RICHARD J. LANG,**
Appellee.

No. 4D2023-1744

[March 13, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Daniel Casey, Judge; L.T. Case No. 20-019720 CACE.

James G. Bishop, Lakeland, for appellant.

Carlos J. Reyes, Jr. of Gray Robinson, P.A., Fort Lauderdale, and Kristie Hatcher-Bolin of Gray Robinson, P.A., Lakeland, for appellee.

PER CURIAM.

This appeal arises out of the appellant's attempt to set aside a foreclosure judgment. After this court dismissed the appellant's appeal of the foreclosure judgment based on the notice of appeal not being timely filed, the appellant moved for relief from judgment and/or rehearing, requesting that the trial court vacate the judgment and dismiss the foreclosure based on the appellee's purported submission of fraudulent evidence, or, in the alternative, grant rehearing. The appellant appeals from the order denying his motion.

We find no merit to the appellant's argument that the trial court erred in denying his motion for relief from judgment, and we affirm on that issue. Further, we dismiss the appeal of the portion of the order denying rehearing of the foreclosure judgment. *See* Fla. R. App. P. 9.130(a)(4) (providing that "[o]rders disposing of motions for rehearing . . . are not reviewable separately from a review of the final order").

*Affirmed in part, dismissed in part.*

DAMOORGIAN, CIKLIN and GERBER, JJ., concur.

*          *          *

*Not final until disposition of timely filed motion for rehearing.*